**United States Bankruptcy Court**
**District of Connecticut**
**Bridgeport Division**

In Re: : Case No. 17-_____

William T. Gore, Jr. : Chapter 13
Debtor
: February 17, 2017

## Motion to Extend Automatic Stay

The debtor, William T. Gore, Jr. moves pursuant to 11 USC §362(c)(3)(b) to extend the stay as to all creditors in this case.

1. The Debtor had filed two previous Chapter 13 cases.

   Case no. 12-51143, filed on June 18, 2012 was dismissed on August 03, 2012 for failure to file all schedules by the deadline.

   Case no. 12-52057, filed on November 16, 2012 was dismissed on March 16, 2016 for failure to make timely payments to the Trustee.

2. None of the factors identified in 11 USC §362(c)(3)(c) are applicable.

3. The Debtor intends to proceed with this current case and will comply with all filing requirements.

4. The filing of this case is in good faith as to creditors to be stayed.

5. The Debtor's declaration in support is annexed.

WHEREFORE, the Debtor moves for the continuation of the stay.

THE DEBTOR
WILLIAM T. GORE, JR.

By;_____
The Debtor (Pro-Se):
William T. Gore, Jr.
15 Grove St./PO Box 574
Stratford, CT 06615
203-612-1159

# United States Bankruptcy Court
## District of Connecticut
## Bridgeport Division

In Re:                                            : Case No. 17-50118

William T. Gore, Jr.                              : Chapter 13
 Debtor

                                                  : February 17, 2017

### Debtor's Declaration in Support of
### the Motion to Extend the Automatic Stay

State of Connecticut            )
                                )    ss. Bridgeport
County of Fairfield             )

I, William T. Gore, Jr., hereby affirm that the following statements are true, under penalty of perjury.

1.  The Debtor had filed two previous Chapter 13 cases.

    Case no. 12-51143, filed on June 18, 2012 was dismissed on August 03, 2012 for failure to file all schedules by the deadline.

    Case no. 12-52057, filed on November 16, 2012 was dismissed on March 16, 2016 for failure to make timely payments to the Trustee.

2.  There has been a change in financial circumstances as I have recently leased a suitable location for my business which will allow same to return to full functionality, thereby increasing my income.

3.  The Debtor intends to proceed with this current case and will comply with all filing requirements.

4.  The filing of this case is in good faith as to creditors.   I respectfully request that the stay be continued.

William T. Gore, Jr.
15 Grove St./PO Box 574
Stratford, CT 06615
203-612-1159

**United States Bankruptcy Court**
**District of Connecticut**
**Bridgeport Division**

In Re:                                                    : Case No. 17-50118

William T. Gore, Jr.                                      : Chapter 13
Debtor
                                                          : February 17, 2017

**Notice of Contested Matter Response Date**

William T. Gore, Jr. the Movant, has filed a Motion to Extend Automatic Stay

(the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given any

response to the Contested Matter must be filed with with the Court no later than (17) days,

or by March 07, 2016, from the date the Contested Matter was filed with the Court, in

in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014*.

In the absence of a timely filed response, the proposed order in the Contested Matter may

enter without further notice and hearing, *see,* 11 U.S.C. § 102(1).

Dated at Bridgeport, Connecticut this 17th day of February 2017.

                                                    THE MOVANT
                                                    WILLIAM T. GORE, JR.

                                                    /s/ W. T. Gore Jr.

                                                    William T. Gore Jr.
                                                    15 Grove St./PO Box 574
                                                    Stratford, CT 06615
                                                    203-612-1159

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail,
three days are added after the response date set in this notice.

## United States Bankruptcy Court
## District of Connecticut
## Bridgeport Division

| | |
|---|---|
| In Re: | : Case No. 17-50118 |
| William T. Gore, Jr.<br>Debtor | : Chapter 13 |
| | : February 17, 2017 |

### Order Extending Automatic Stay

The above named Debtor has filed a Motion to Extend the Automatic Stay and a Declaration in Support of Motion Extending Automatic Stay pursuant to 11 USC §362(c)(3)(b) (the Motion) ECF No. _____, and the Debtor having a previously filed a bankruptcy petition which was dismissed within the year preceding the petition date of this bankruptcy case.

The Court finds, that in the absence of an objection, the declaration provides clear and convincing evidence that the Debtor filed this case "in good faith to the creditors to be stayed" within the meaning of 11 USC §362(c)(3)(b).

Therefore, after notice and hearing, it is hereby ORDERED, that the automatic stay of 11 USC §362(c)(3)(b) is extended pursuant to 11 USC §362(c)(3)(b) and shall continue in full force and effect at all times this case remains pending before this Court, or until such time as the stay is terminated, annulled, modified or conditioned upon motion, after notice and hearing pursuant to 11 USC §362(d) or (e).

**United States Bankruptcy Court**
**District of Connecticut**
**Bridgeport Division**

In Re: : Case No. 17-50118

William T. Gore, Jr. : Chapter 13
Debtor
 : February 17, 2017

**Certificate of Service**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 17th day of February, 2017 the following documents were served on the U.S. Trustee and all appearing parties as listed below via electronic mail.

**Documents Served:**

1. Motion to Extend Automatic Stay

2. Proposed Order

3. Notice of Contested Matter/Notice of Hearing

**Parties Served:**

U.S. Bankruptcy Trustee c/o
Bankruptcy Clerk, US Bankruptcy Court
District of Connecticut, Bridgeport Division

Molly T. Whiton, Esq., Trustee
mtwhiton@mtwhiton.com

On behalf of American Tax Funding;
Robert N. Sensale, Esq., Bershtein, Volpe & McKeon P. C.
c/o Sherra Piscatelli sherra@bvmlaw.com

On behalf of the Town of Stratford;
Sean Plumb, Jackson Law Group
srp@thejacksonlawgroup.com

Janine Becker, Esq., Becker & Zowine, LLC
jbecker@beckerzowine.com

*W. T. Gore Jr.*

---

15 Grove St./PO Box 574
Stratford, CT 06615
203-612-1159