UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

IN RE:

William Thomas Gore, Jr.
Debtor

Case No. 17-50118(JAM)

Chapter 13

**WITHDRAWAL OF MOTION**

ATFH Real Property, LLC ("ATFH"), by and through its undersigned counsel, withdraws its Amended Motion for Relief from Stay (ECF 30).

DATED: May 18, 2017

ATFH Real Property, LLC

By: */s/ Gary J. Greene*_________________
Gary J. Greene, Esq. (ct09039)
Greene Law, P.C.
11 Talcott Notch Rd.
Farmington, CT 06032
860.676.1336 (t)
860.676.2250 (f)
Its Attorney
bankruptcy@greenelawpc.com

**Certification of Service**

I hereby certify that on May 18, 2017, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that a copy of the foregoing was e-mailed to the Debtor at nases@optonline.net.

*/s/ Gary J. Greene*_________________
Gary J. Greene


**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com