**United States Bankruptcy Court**
**District of Connecticut**
**Bridgeport Division**

FILED
2017 FEB 17 P 2:10
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

In Re: : Case No. 17-50118

William T. Gore, Jr. : Chapter 13
Debtor

: February 17, 2017

## Motion to Extend Automatic Stay

The debtor, William T. Gore, Jr. moves pursuant to 11 USC §362(c)(3)(b) to extend the stay as to all creditors in this case.

1. The Debtor had filed two previous Chapter 13 cases.

   Case no. 12-51143, filed on June 18, 2012 was dismissed on August 03, 2012 for failure to file all schedules by the deadline.

   Case no. 12-52057, filed on November 16, 2012 was dismissed on March 16, 2016 for failure to make timely payments to the Trustee.

2. None of the factors identified in 11 USC §362(c)(3)(c) are applicable.

3. The Debtor intends to proceed with this current case and will comply with all filing requirements.

4. The filing of this case is in good faith as to creditors to be stayed.

5. The Debtor's declaration in support is annexed.

WHEREFORE, the Debtor moves for the continuation of the stay.

THE DEBTOR
WILLIAM T. GORE, JR.

W. T. Gore Jr.

By;____________________________

The Debtor (Pro-Se):
William T. Gore, Jr.
15 Grove St./PO Box 574
Stratford, CT 06615
203-612-1159

ECF No. 10 Motion is DENIED due to no appearance by the debtor.

DATED: May 25, 2017

Julie A. Manning
Chief United States Bankruptcy Judge
District of Connecticut